EXHIBIT "A"

# LETTER OF ASSENT

## TO

## TELEDATA SUPPLEMENT, ADDENDUM AND APPENDICES

This is to certify that the undersigned employer has examined a copy of the current approved supplement, addendum and appendices to the Teledata Agreement between  Phila. Division, Penn-Del-Jersey Chapter, NECA   and Local Union(s) #98    of the IBEW.

The undersigned employer hereby agrees to comply with all of the terms and conditions of employment contained in the above-mentioned supplement, addendum and appendices and all approved amendments thereto. It is understood that the signing of this letter of assent shall be as binding on the undersigned employer as though he has signed the above referred to supplement, addendum and appendices, including any approved amendments thereto. The Employer agrees that if a majority of its employees authorizes the applicable local union to represent them in collective bargaining, the employer will recognize the local union as the exclusive collective bargaining agent for all employees performing teledata work within the jurisdiction of the local union on all present and future job sites.

This letter of assent shall become effective for the undersigned employer on the  23rd  day of  March, 2001  and shall remain in effect until terminated by the undersigned employer giving written notice to the applicable IBEW local union(s) at least one hundred fifty (150) days prior to the then current anniversary date of the applicable approved supplement, addendum and appendices.

In accordance with Orders issued by the United States District Court for the District of Maryland on October 10, 1980, in Civil Action HM-77-1032, if the undersigned employer is not a member of the National Electrical Contractors Association, this letter of assent shall not bind the parties to any provision in the abovementioned agreement, requiring payment into the National Electrical Industry Fund, unless the above orders of Court shall be stayed, reversed on appeal, or otherwise nullified.

NAME OF FIRM
RGB SERVICES
Federal ID#  23-2732031

SIGNED FOR THE EMPLOYER

By: _____
     (Original Signature)

Typed Name: MICHAEL METSIKAS
Title: MANAGER
Date: 3/23/01

APPROVED

SIGNED FOR IBEW L.U. # 98

By: _____
     (Original Signature)

Typed Name: John J. Dougherty
Title:   Business Manager
Date: 3/23/01

Approved By: _____
                                5/23/01

LETTER OF ASSENT
TO
NATIONAL TELEDATA AGREEMENT

In signing this letter of assent, the undersigned firm does hereby authorize <u>Penn-Del-Jersey Chapter, NECA</u> as its collective bargaining representative for all matters contained in or pertaining to the current and any subsequently approved Teledata Agreement between the <u>Penn-Del-Jersey Chapter, NECA</u> and the IBEW. The employer agrees that if a majority of its employees authorizes the applicable IBEW local union to represent them in collective bargaining, the employer will recognize the local union as the exclusive collective bargaining agent for all employees performing teledata work within the jurisdiction of the local union on all present and future job sites. This authorization shall bind the employer to the terms of the Teledata Agreement and shall become effective on the <u>23rd</u> day of <u>March, 2001</u>. It shall remain in effect until terminated by the undersigned employer giving written notice to the <u>Penn-Del-Jersey Chapter, NECA</u> and to the IBEW at least one hundred fifty (150) days prior to the then current anniversary date of the applicable approved labor agreement.

In accordance with Orders issued by the United States District Court for the District of Maryland on October 10, 1980, in Civil Action HM-77-1302, if the undersigned employer is not a member of the National Electrical Contractors Association, this letter of assent shall not bind the parties to any provision in the abovementioned agreement requiring payment into the National Electrical Industry Fund, unless the above Orders of Court shall be stayed, reversed on appeal, or otherwise nullified.

NAME OF FIRM

<u>RGB SERVICES</u>

Federal ID# <u>23-2732031</u>

| SIGNED FOR THE EMPLOYER | SIGNED FOR THE IBEW |
|---|---|
| By: _[signature]_ | By: _[signature]_ |
| (Original Signature) | (Original Signature) |
| Typed Name: MICHAEL METSIKAS | Typed Name: Edwin D. Hill |
| Title: MANAGER | Title: International President |
| Date: 3/23/01 | Date: 5-17-01 |

form#19.wpd